USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUUAD YAFAI, HELMI MOHAMMED ALQUTAIBI; S.A.,

                Plaintiffs,

-against-

KENNETH T. CUCCINELLI, Acting Director of U.S.Citizenship and Immigration Services; U.S.CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J. TRUMP, President of the United States of America; CHAD WOLF, Acting Secretary of Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; MICHAEL R. POMPEO, Secretary of State; U.S. DEPARTMENT OF STATE; LEE BOWLES, Acting Director of the New York District, U.S. Citizenship and Immigration Services; SUSAN QUINTANA, Director of the New York Field Office, U.S. Citizenship and Immigration Services; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer,

                Defendants.

20 Civ. 2932 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 9, 2020, Plaintiffs filed a motion for a preliminary injunction in this action. It is ORDERED that by **April 27, 2020**, Defendants shall respond to Plaintiffs' motion.

    It is further ORDERED that by **April 13, 2020**, Plaintiffs shall serve a copy of the complaint, the motion for preliminary injunction, any supporting documents, and this order on Defendants, and shall file proof of service on the docket. Service may be effected by reliable electronic means.

SO ORDERED.

Dated: April 10, 2020
       New York, New York

                              ANALISA TORRES
                              United States District Judge