USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUAAD YAFAI; HELMI MOHAMMED ALQUTAIBI; S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE; ANTONY J. BLINKEN, Secretary of State; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer; ROBERT MOLLE, Senior Immigration Service Officer; JOSEPH ANDREWS, Special Agent of the Federal Bureau of Investigation; JOHN DOE 2, Language Specialist, U.S. Citizenship and Immigration Services; JOHN DOE 3, Senior Immigration Service Officer, UNITED STATES,<br><br>Defendants. | Case No.: 20-CV-2932 (AT)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS TO THE AMENDED COMPLAINT UNDER SEAL** |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS TO THE AMENDED COMPLAINT UNDER SEAL

TO ALL PARTIES AND ATTORNEYS OF RECORD:

The Court, having made a finding that the exhibits to the Amended Complaint contain sensitive information, including identifying information containing minors, and good cause exists to file the exhibits under seal, hereby ORDERS the exhibits to the Amended Complaint be filed under seal.

SO ORDERED.

Dated: March 22, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge