```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/12/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUAAD YAFAI, HELMI MOHAMMED ALQUTAIBI; S.A.,

                       Plaintiffs,

-against-

KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J. TRUMP, President of the United States of America; CHAD WOLF, Acting Secretary of Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; MICHAEL R. POMPEO, Secretary of State; U.S. DEPARTMENT OF STATE; LEE BOWLES, Acting Director of the New York District, U.S. Citizenship and Immigration Services; SUSAN QUINTANA, Director of the New York Field Office, U.S. Citizenship and Immigration Services; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer,

                       Defendants.

20 Civ. 2932 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendants' motion to dismiss, ECF No. 109. The motion is DENIED, without prejudice to renewal in a motion that complies with the Court's Individual Practices in Civil Cases, or after an application to the Court addressing why the public pre-motion letter process, Individual Practices ¶ III.B.iii., should be waived.

      The Clerk of Court is directed to terminate the motion at ECF No. 109.

      SO ORDERED.

Dated: August 12, 2021
       New York, New York

                                                       ANALISA TORRES
                                               United States District Judge