U.S. Department

United States A
Southern Distr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

86 Chambers Street
New York, New York 1

August 16, 2021

BY ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Yafai, et al. v. Cuccinelli et al.*, No. 20 Civ. 2932 (AT)

Dear Judge Torres:

This Office represents the defendants in the above-referenced matter in which the plaintiffs have filed an amended complaint asserting that the Department of State has unreasonably delayed adjudicating a visa application and also bringing claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) ("*Bivens*"). The government writes respectfully to request an adjournment of the initial conference presently scheduled for August 18, 2021 at 11 a.m. to September 1, 2021 or a date thereafter that is convenient for the Court. This is the government's third request for an adjournment – the Court previously granted adjournment requests in May 2021 and July 2021. *See* ECF No. 105.

The adjournment is requested because the undersigned, along with the undersigned's husband received a positive COVID-19 test result on Friday. The undersigned's two young children also are required to quarantine, and cannot attend daycare for the next two weeks. The undersigned reached out to plaintiffs' counsel over the weekend to request their consent on the adjournment request in light of the undersigned's current health situation, but as of the filing of this letter, had not head back from plaintiff's counsel.

I thank the Court for its consideration of this request.

GRANTED. The conference scheduled for August 18, 2021, is ADJOURNED to **September 7, 2021**, at **10:20 a.m.** If the parties wish to submit an updated joint letter and proposed case management plan, they shall do so by **August 31, 2021**.

SO ORDERED.

Dated: August 16, 2021
        New York, New York

ANALISA TORRES
United States District Judge