

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021

August 17, 2021                                            VIA ECF

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                 Re: <u>*Yafai, et al. v Cuccinelli, et al.*, No. 20 Civ. 2932 (AT)</u>

Dear Judge Torres,

       This office represents Plaintiffs in the above-referenced action. Plaintiffs write on behalf of both sides regarding the status conference and deadline to submit an updated joint letter and case management plan, currently scheduled for September 7, 2021 and August 31, 2021, respectively. On August 16, 2021, the Court granted the Government's request to adjourn the conference due to counsel's COVID-19 diagnosis, and rescheduled the status conference for September 7, 2021, at 10:20 AM. September 7 and 8, 2021 are the Jewish holiday of Rosh Hashanah. Counsel for both plaintiffs and the government observe this holiday, and will be unavailable for a conference at that time. After conferring, the parties accordingly respectfully request that the conference be rescheduled to September 9, 2021 after 10:30 AM, or a date thereafter convenient for the Court. If the proposed date is not convenient for the Court, counsel for the parties respectfully advise the Court that they will also be unavailable on September 16, 21, 22, 28, and 29, 2021 due to the Jewish holidays of Yom Kippur and Sukkot, which counsel also observe. Counsel for the parties are also available on September 14, 2021 after 11:30 AM or September 30, 2021.

       This is plaintiffs' first request to adjourn the conference. Counsel for the government joins in this application.

       We thank the Court for its time and consideration of this matter.

                                                                       Respectfully Submitted,

cc: Rebecca Friedman (via ECF)                        /s/ *Samuel Yaggy, Esq.*
                                                                Samuel Yaggy, Esq.
                                                                Julie A. Goldberg, Esq.

GRANTED. The conference scheduled for September 7, 2021,       *Counsel for Plaintiffs*
is ADJOURNED to **September 9, 2021**, at **10:40 a.m.**

SO ORDERED.

Dated: August 18, 2021
        New York, New York                 _____
                                         ANALISA TORRES
                                      United States District Judge