UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUAAD YAFAI, HELMI MOHAMMED ALQUTAIBI; S.A.,

                Plaintiffs,

-against-

KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J. TRUMP, President of the United States of America; CHAD WOLF, Acting Secretary of Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; MICHAEL R. POMPEO, Secretary of State; U.S. DEPARTMENT OF STATE; LEE BOWLES, Acting Director of the New York District, U.S. Citizenship and Immigration Services; SUSAN QUINTANA, Director of the New York Field Office, U.S. Citizenship and Immigration Services; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/20/2021_

20 Civ. 2932 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants Secretary of State, Anthony Blinken, and the United States ("Moving Defendants") and Plaintiffs' pre-motion letters dated August 12 and 19, 2021, ECF Nos. 115, 120. Accordingly,

1. Moving Defendants' request for leave to file a motion to dismiss is GRANTED;
2. By **August 27, 2021**, Moving Defendants shall file their motion to dismiss;
3. By **September 17, 2021**, Plaintiffs shall file their opposition papers;
4. By **October 1, 2021**, Moving Defendants shall file their reply, if any.

    Discovery is STAYED pending resolution of the motion to dismiss. The conference scheduled for September 9, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: August 20, 2021
       New York, New York

ANALISA TORRES
United States District Judge