UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUAAD YAFAI, HELMI MOHAMMED ALQUTAIBI; S.A.,

          Plaintiffs,

-against-

KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J. TRUMP, President of the United States of America; CHAD WOLF, Acting Secretary of Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; MICHAEL R. POMPEO, Secretary of State; U.S. DEPARTMENT OF STATE; LEE BOWLES, Acting Director of the New York District, U.S. Citizenship and Immigration Services; SUSAN QUINTANA, Director of the New York Field Office, U.S. Citizenship and Immigration Services; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

20 Civ. 2932 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Molle's and Plaintiffs' pre-motion letters dated August 27 and September 2, 2021, ECF Nos. 129, 131. The Court will defer setting a briefing schedule on Molle's proposed motion to dismiss pending receipt of Defendant Andrews' anticipated pre-motion letter and Plaintiffs' response, *see* ECF No. 129 at 1 n.1, in order to determine if a consolidated briefing schedule is warranted.

    SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                   ANALISA TORRES
                                           United States District Judge