```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUAAD YAFAI, HELMI MOHAMMED ALQUTAIBI; S.A.,

                    Plaintiffs,

-against-

KENNETH T. CUCCINELLI, Acting Director of U.S. Citizenship and Immigration Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DONALD J. TRUMP, President of the United States of America; CHAD WOLF, Acting Secretary of Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; MICHAEL R. POMPEO, Secretary of State; U.S. DEPARTMENT OF STATE; LEE BOWLES, Acting Director of the New York District, U.S. Citizenship and Immigration Services; SUSAN QUINTANA, Director of the New York Field Office, U.S. Citizenship and Immigration Services; JOHN DOE (A.K.A. OFFICER "BAYOUMI"), Immigration Service Officer,

                    Defendants.

20 Civ. 2932 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants Robert Molle, Joseph Andrews, and Ismat Bayumi's ("Moving Defendants") and Plaintiffs' pre-motion letters dated August 27 and September 2, 20, and 27, 2021. ECF Nos. 129, 131, 133–134. Accordingly,

1. Moving Defendants' request for leave to file a motion to dismiss is GRANTED;
2. By **November 2, 2021**, Moving Defendants shall file their motion to dismiss;
3. By **November 23, 2021**, Plaintiffs shall file their opposition papers;
4. By **December 10, 2021**, Moving Defendants shall file their reply, if any.

    SO ORDERED.

Dated: September 28, 2021
         New York, New York

                                                  ANALISA TORRES
                                           United States District Judge